WILLIAM DALEY, as Administrator, etc., of WILLIAM ANTHONY DALEY, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Defendant appeals from a judgment awarding damages for the death of plaintiff's intestate, as the result of being struck by a truck owned and operated by the defendant. Judgment reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. The verdict is against the weight of the evidence. Furthermore it was error to charge the doctrine of " the last clear chance," which was not applicable. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

GEORGE W. DICKERSON, Respondent, v. DANIELS & KENNEDY, INC., Appellant. — In a negligence action it appeared that the plaintiff was driving an ambulance on an emergency call. At a street intersection the defendant's truck was driven in the pathway of the ambulance. In making a sudden turn to avoid a collision, the ambulance overturned, injuring the plaintiff, for which injuries the plaintiff has recovered a judgment against the defendant. The defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GOLDBERG, 168-05 CORPORATION, Respondent, v. JOSEPH LEVY, Appellant.— Order, in so far as appealed from, denying defendant's motion to strike out the third amended complaint and directing defendant to accept service thereof, affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur. [See *ante*, p. 986.]